## ALLSBROOK v. ALLSBROOK

No. 262P94

Case below: 114 N.C.App. 267

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## ANDREW v. HANGING ROCK GOLF & COUNTRY CLUB

No. 284P94

Case below: 114 N.C.App. 665

Defendant's motion for voluntary dismissal of petition for discretionary review allowed 27 July 1994.

## BURGE v. FIRST SOUTHERN SAVINGS BANK

No. 245P94

Case below: 114 N.C.App. 648

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## CALVIN HEIGHTS BAPTIST CHURCH v. LOWERRE

No. 251P94

Case below: 114 N.C.App. 504

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## COLE v. HUGHES

No. 252P94

Case below: 114 N.C.App. 424

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.